**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

REX S. GUNTHER,              )
                )
                )
     Plaintiff,         )
                )
     v.              )      No. 4:26-CV-00268 JMB
                )
MARIA DOUGLAS, et al.,    )
                )
                )
     Defendants.     )

## <u>MEMORANDUM AND ORDER</u>

This matter is before the Court upon review of self-represented Plaintiff Rex Gunther's correspondence received by this Court on February 23, 2026 (*see* ECF No. 1), which the Court construes as a civil rights Complaint under 42 U.S.C. § 1983. The Complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Plaintiff will be required to amend his Complaint on the Court-form within thirty (30) days of the date of this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Prisoner Civil Rights Complaint form.

**IT IS FURTHER ORDERED** that Plaintiff must file an Amended Complaint on the Court-provided form within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

Dated this 4th day of March, 2026.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE