**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REX S. GUNTHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-00268 JMB |
| | ) | |
| MARIA DOUGLAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on its own review. Plaintiff was ordered on March 4, 2026, to amend his Complaint on a Court-provided form by Friday, April 3, 2026. [ECF No. 2]. However, on March 18, 2026, Plaintiff wrote a letter to the Court indicating that he had been ill and had not had access to the Court-form provided to him, nor had he had access to his legal documents. [ECF No. 3]. For this reason, the Court will provide Plaintiff an extension of time to comply with the Court's Order requiring him to file his Amended Complaint on the Court-provided form. He will have until Friday, April 27, 2026, to file his amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Prisoner Civil Rights Complaint form.

**IT IS FURTHER ORDERED** that Plaintiff must file an Amended Complaint on the Court-provided form **no later than Friday, April 27, 2026.**

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

Dated this 27th day of March, 2026.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

2